IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DERRICK OLLISON                                                                              PLAINTIFF

V.                                          CASE NO. 12-CV-6123

M.W. WALDROP COMPANY, INC.                                                      DEFENDANTS

ORDER

Before the Court is a Stipulation of Dismissal filed by both parties. (ECF No. 29). The parties advise the Court that all claims in this case have been resolved. Accordingly, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 4th day of October, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge